**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 24-6210**

———————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

WILLIAM DOUGLAS SPICER, a/k/a Primo,

        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Louise W. Flanagan, District Judge.  (7:16-cr-00119-FL-1)

———————————

Submitted:  May 23, 2024                         Decided:  June  10, 2024

———————————

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Douglas Spicer, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Spicer, a federal prisoner, appeals the district court's February 8, 2024, order denying his third motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).[1] Having carefully reviewed the record, we are satisfied that the district court did not abuse its discretion in weighing the 18 U.S.C. § 3553(a) factors and concluding that Spicer was not entitled to compassionate release.[2] *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review); *Brodziak v. Runyon*, 145 F.3d 194, 196 (4th Cir. 1998) (recognizing that a decision "within the discretion of the [district] court should be affirmed even though we might have exercised that discretion quite differently"). Accordingly, we affirm the district court's order. *United States v. Spicer*, No. 7:16-cr-00119-FL-1 (E.D.N.C. Feb. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[1] In the same order, the district court also denied Spicer's 28 U.S.C. § 2255 motion. Spicer does not mention his § 2255 motion in his informal brief, so he has forfeited appellate review of that aspect of the district court's order. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014).

[2] We agree with the district court that Spicer's evidence of rehabilitation is impressive, and he should be commended for his significant efforts to better himself while incarcerated.